## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Alfred Gant,  Civil No. 16-68 (DWF/FLN)

      Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

Denese Wilson, Warden,
Bureau of Prisons,

      Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated March 25, 2016. (Doc. No. 8.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

### ORDER

1. Magistrate Judge Franklin L. Noel's March 25, 2016 Report and Recommendation (Doc. No. [8]) is **ADOPTED**.

2. Petitioner Alfred Gant's petition for a Writ of Habeas Corpus (Doc. No. [1]) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 28, 2016        s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge